**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHARI HOOVER and
GEORGE ROBERT HOOVER,

    Plaintiffs,

v.                                                                                  Case No.   3:20-cv-388-J-34JBT

ETHICON, INC. and
JOHNSON & JOHNSON,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Status Report (Doc. 53), filed on May 20, 2020.  On June 8, 2020, the Court held a status conference, at which counsel for all parties appeared via Zoom, to address the unresolved issues in the Joint Status Report. See Minute Entry (Doc. 55; Status Conference).   Upon due consideration of the parties' arguments, and in light of both parties' depiction of Wave 8 as a "tsunami" of cases and the resultant limitations on the parties' ability to conduct discovery and address case specific issues in the multi-district litigation (MDL), the Court finds it appropriate to permit the following additional discovery and motion practice:

    A. Discovery:

        1. The parties may engage in the following additional discovery as agreed upon in the Joint Status Report and at the Status Conference: updated medical authorizations, supplementation of the Plaintiff Fact Sheet, if necessary,

supplementation of the Defendant Fact Sheet if additional pelvic surgeons treated Mrs. Hoover; supplemental deposition of Mrs. Hoover, limited to matters related to any new medical records and treaters not addressed in her last deposition, and the depositions of the family and friends identified in the Joint Status Report.

2. Defendants' request to take depositions of Mrs. Hoover's treating physicians (Paschall, Stankard, Webb, and her current primary care doctor) is **GRANTED.** These depositions are subject to the same restrictions and procedures imposed in the MDL.

3. Plaintiffs' request to have their case-specific expert, James A. Daucher, M.D., examine Mrs. Hoover and supplement his report, if necessary, is **GRANTED**. As such, Defendants' case specific expert, Joseph Costa, D.O., may also conduct an examination of Mrs. Hoover and supplement his report, if necessary. If either doctor supplements his report, the parties may take the deposition of that doctor on his supplemental opinions.

B. Supplemental Motion Practice:

1. In the interests of efficiency and judicial economy, Defendants' request to file a supplemental motion for summary judgment, limited to the statute of limitations issue, is **GRANTED**.

2. Defendants' request for leave to file a motion to limit or exclude Plaintiffs' case-specific expert Dr. Daucher is **GRANTED.**[1]

---

[1] This obviates the need to file a motion requesting leave to file this additional Daubert motion, as was previously discussed at the Status Conference.

3. The Court intends to adopt all the MDL court's <u>Daubert</u> rulings from the prior waves as relevant to this case. As discussed at the hearing, the parties are directed to file a joint notice setting forth those rulings and re-brief any unresolved issues. The parties **SHALL NOT** raise any arguments not previously raised in the MDL. The re-filed <u>Daubert</u> motions must not merely incorporate or reference arguments from prior filings, and the relevant exhibits shall be attached to the motion. The parties are cautioned that the Court generally disfavors the filing of mere deposition excerpts and as such, the parties should file those portions of the depositions that are relevant to this case in their entirety. A separate motion shall be filed for each expert and must comply with the Local Rules of this Court. All parties must send paper courtesy copies to chambers of any filings that exceed 25 pages, inclusive of exhibits.

On or before **June 19, 2020**, the parties shall prepare and file a proposed schedule for the remaining proceedings in this matter, as directed at the status conference, which takes into consideration the above rulings.

**DONE AND ORDERED** in Jacksonville, Florida this 10th day of June, 2020.

MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record

- 3 -